# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>ALANE TARATUSKA,<br><br>                           Debtor<br>_____<br><br>ALANE TARATUSKA,<br><br>                           Plaintiff<br><br>v.<br><br>THE EDUCATION RESOURCES<br>INSTITUTE, INC., et al.<br><br>                           Defendants | Chapter 7<br>Case No. 01-10361-RS<br><br><br><br><br><br>Adversary Proceeding<br>No. 05-1653 |

### ERRATA SHEET REGARDING
### <u>MEMORANDUM AND ORDER OF AUGUST 16, 2007</u>

       The Memorandum and Order, entered in this adversary proceeding on August 16, 2007, is hereby corrected in the following respects:

1.     In the first line of footnote 7, appearing on page 5, the word "TAG's" is stricken and replaced with "TERI's".

2.     The second and third sentences of the second full paragraph on page 8 are modified as follows:

   > *First,* TERI has not established that TAG is a student loan program. TERI has adduced no evidence that TAG makes student loans, advances funds, guarantees debts or otherwise performs the activities that are reasonably associated with loan program status.

3.     The second full paragraph on page 9 (being a single sentence) is modified as follows:

By any reasonably formulated understanding of the term "program", TERI has adduced evidence not that it operates a student loan program but, rather, that TAG provides services to those, like the Bank, who do.

Date: August 22, 2007

*Robert Somma*
Robert Somma
United States Bankruptcy Judge