**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>ALANE TARATUSKA,<br><br>　　　　　　　　　　　Debtor<br><br>ALANE TARATUSKA,<br><br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>THE EDUCATION RESOURCES<br>　INSTITUTE, INC. and<br>THE UNITED STATES OF AMERICA<br>　DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　　　　　　Defendants | Chapter 7<br>Case No. 01-10361-FJB<br><br><br><br><br><br><br>Adversary Proceeding<br>No. 05-1653 |

## JUDGMENT

For the reasons set forth in the separate memorandum of decision issued today, the Court hereby ORDERS, ADJUDGES, and DECLARES that the student loan obligations of the plaintiff and debtor, Alane Taratuska, to defendants The Education Resources Institute, Inc. and The United States of America Department of Education are not excepted from the discharge received by the debtor in this chapter 7 case and therefore are discharged, and that the plaintiff's claims against the remaining defendants herein are dismissed.

Date: February 12, 2010

　　　　　　　　　　　　　　　　　　／s／ Frank J. Bailey
　　　　　　　　　　　　　　　　　　Frank J. Bailey
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge